UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE LEE, | No. C 06-3340 SBA (JL) |
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF REDWOOD CITY, ET AL., | |
| Defendants. | |
| _____/ | |

All discovery in this case has been referred by the district court (Hon. Saundra Brown Armstrong) as provided by 28 U.S.C. §636(b) and Civil Local Rule 72. This district court issued an order (Docket # 92) referring discovery disputes to this Court for resolution. Specifically, the following issues:

"Lee contends that the defendants have failed to produce portions of transcripts, have failed to produce a number of individual defendants for deposition, have produced only two minutes of a 911 tape, and have failed to produce police training policies and procedures." (Order at 1:19-22)

As provided in this Court's Standing Order regarding discovery disputes, the parties are hereby ordered to meet and confer within ten days of the e-filing of this Order and to file either their joint statement or their individual statements, within five days of meeting and conferring. This Court's Standing Order provides:

United States District Court
For the Northern District of California

1  Parties shall meet and confer in person, or, if counsel are located outside the Bay
2  Area, by telephone, to attempt to resolve their dispute informally. A mere exchange
3  of letters, telephone calls, or facsimile transmissions does not satisfy the
4  requirement to meet and confer.
5  If, after a good faith effort, the parties have not resolved their dispute, they shall
6  prepare a concise joint statement of 5 pages or less without affidavits or exhibits,
7  stating the nature and status of their dispute. If a joint statement is not possible,
8  each side may submit a brief individual statement of 2 pages or less. The joint
9  statement or individual statements shall be filed or e-filed, and courtesy copies
10 submitted as provided by the Civil Local Rules. The Court will advise the parties
11 regarding the need, if any, for more formal briefing or a hearing.
12 IT IS SO ORDERED.
13 DATED: June 8, 2007

_____
JAMES LARSON
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\06-3340\meet&confer.wpd