JOSEPH C. HOWARD, JR., ESQ. [SBN: 050784]
TODD H. MASTER, ESQ. [SBN: 185881]
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061-3436
Telephone: (650) 365-7715

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CANDACE LEE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF REDWOOD CITY, et al.<br><br>　　　　Defendants. | Case No: C 06 3340 SBA<br><br>**STIPULATION OF DISMISSAL**<br>[FRCP 41 (a) (1)] |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-entitled action filed by plaintiff CANDACE LEE against defendants CARLOS G. BOLANOS, SCOTT WARNER, JAMES STONEY, KATHRYN J. ANDERSON, JAMIE MATEO, DAN SMITH, EDWARD FEENEY and the CITY OF REDWOOD CITY (collectively, "defendants") and all others is dismissed with prejudice pursuant to Fed.R.Civ.Pro 41(a)(1), with each party to bear their own costs and attorney fees. The CITY OF REDWOOD CITY further agrees to waive any fees or costs it incurred and/or was awarded in previous lawsuits filed against it by CANDACE LEE (a.k.a., CANDACE WUCHANG) and her

1

Stipulation re Dismissal;
Case No. C 06-3340 SBA

sister Ming Ming Wu in the United States District Court, Northern District of California, Case Nos. C 96-00768 and C 96-00188.

This Dismissal encompasses all claims that have been, could have been, and/or are part of this case.

HOWARD ROME MARTIN & RIDLEY LLP

Dated: August 9, 2007      By: *Todd H. Master* (signature)
                               Todd H. Master
                               Attorneys for Said Defendants

Dated: August 9, 2007      By: *Candace P. Lee* (signature)
                               Candace Lee
                               Plaintiff in Pro Per

## ORDER

This Stipulation re Dismissal is hereby adopted by the Court and, as such, this matter is dismissed in its entirety with prejudice.

Dated: 9/4/07              *Saundra B. Armstrong* (signature)
                           Hon. Saundra B. Armstrong
                           United States District Judge